**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**GLENN MICHAEL SWEARENGIN,**

**Petitioner,**

**v.** **Case No. 5:26-cv-219-TKW-HTC**

**SECRETARY DEPARTMENT OF CORRECTIONS,**

**Respondent**.
______________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that, rather than being stayed, this case should be dismissed without prejudice to re-filing once Petitioner exhausts the unexhausted claims in his §2254 petition. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice for failure to exhaust state remedies.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 13th day of October, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**